
MINUTE ENTRY
LEMMON, J.
DECEMBER 15, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-7 |
| CHRISTOPHER ORGERON | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, DECEMBER 15, 2016 AT 2:00 P.M.**

| | |
|---|---|
| COURTROOM DEPUTY: | Cesyle Nelson |
| COURT REPORTER: | Jodi Simcox |
| APPEARANCES: | Brian M. Klebba for the Government |
| | Samuel J. Scillitani, Jr. for the defendant |

## RE-ARRAIGNMENT

The defendant was present with his counsel and placed under oath.

The defendant withdrew his former plea of not guilty and pled guilty to count 1 of the indictment.

The court questioned the defendant and advised him of the sentencing guidelines.

The Government detailed the terms of the plea agreement and filed written agreement into the record.

The Government detailed the evidence supporting the defendant's crime and filed the written factual basis into the record.

The court accepted the defendant's plea and adjudged him guilty on his plea of guilty. A pre-sentence report was ordered and the sentence was set for March 16, 2017 at 2:00 p.m.

The defendant was released under his present bond.

JS-10: 0:15